1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00410 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO MAINTAIN FORENSIC EVALUATION REPORT UNDER SEAL IN THE COURT'S RECORD |
| MELVIN ALEXANDER CRUZ-MENDOZA, | |
| Defendant. | |

The Court and the parties have received the Forensic Evaluation report from the Bureau of Prisons' Metropolitan Detention Center, Los Angeles. The Forensic Evaluation report was prepared pursuant to the Court's order dated January 18, 2017. Dkt. # 16. Due to the sensitive nature of the information contained in the Forensic Evaluation report, the parties jointly request that the Court

//
//
//
//
//
//

STIP. REQUEST TO SEAL EVAL. REPORT

maintain the Forensic Evaluation report under seal.

DATED: May 11, 2017  Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Christina McCall*  */s/ Angela M. Hansen*
CHRISTINA McCALL  ANGELA M. HANSEN
Assistant U. S. Attorney  Attorney for Melvin
 Alexander Cruz-Mendoza

**ORDER**

Upon the stipulation of the parties and for good cause shown, it is hereby ordered that the Forensic Evaluation report prepared by psychologists at the Metropolitan Detention Center, Los Angeles is to be filed under seal with the Court.

IT SO ORDERED.

DATED: May 9, 2017

IT IS SO ORDERED
Judge Jon S. Tigar

STIP. REQUEST TO SEAL EVAL. REPORT