| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | CHRISTINA McCALL (CABN 234139)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724<br>christina.mccall@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-00410 JST |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| MELVIN ALEXANDER CRUZ-MENDOZA, | ) ) | |
| Defendant. | ) ) | |

The Court and the parties have received the Forensic Evaluation report from the Bureau of Prisons' (BOP) Metropolitan Detention Center, Los Angeles. Defendant, Melvin Alexander Cruz-Mendoza, is currently in Los Angeles, awaiting transport by the United States Marshals Service to this district, following his competency evaluation. The United States Marshals Service estimates that Defendant will not arrive in the Northern District of California until after June 13, 2017. The status conference to address mental competency issues is now set for June 23, 2017. The parties stipulate and agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F), because of the delay resulting from transportation of the defendant from another district. The parties also stipulate and agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

STIP. REQUEST TO EXCLUDE TIME

(B)(iv), for effective preparation of counsel, because defense counsel has hired an expert to review the BOP Forensic Evaluation report and assess Defendant.

DATED: May 26, 2017                                   Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant U. S. Attorney

*/s/ Angela M. Hansen*
ANGELA M. HANSEN
Attorney for Melvin Alexander Cruz-Mendoza

**ORDER**

Upon the stipulation of the parties and for good cause shown, it is hereby ordered time be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F), between the date of this order and June 23, 2017 due to Defendant's transportation from the Central District of California in the custody of the United States Marshals Service. The court further finds that time shall be excluded under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because defense counsel has hired an expert to review the BOP Forensic Evaluation report and assess Defendant.

IT SO ORDERED.

DATED: May 26, 2017

The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME