1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney

5

6      1301 Clay Street, Suite 340S
       Oakland, California 94612

7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
       christina.mccall@usdoj.gov

8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              )  No.  CR 16-00410 JST
                                           )
14              Plaintiff,                 )
                                           )
15        v.                               )  STIPULATION AND [PROPOSED] ORDER TO
                                           )  EXCLUDE TIME UNDER THE SPEEDY TRIAL
                                           )  ACT
16  MELVIN ALEXANDER CRUZ-MENDOZA,         )
                                           )
17              Defendant.                 )
    _____)

18

19         On June 23, 2017, the parties appeared in District Court for a status conference regarding the

20  competency proceedings for Defendant, Melvin Alexander Cruz-Mendoza.  The Court and the parties

21  have received the Forensic Evaluation report from the Bureau of Prisons' (BOP) Metropolitan Detention

22  Center, Los Angeles.  Defense counsel requested additional time to have a retained psychologist review

23  the Forensic Evaluation report prepared by BOP.  The Court set the next hearing date on August 11,

24  2017.  The parties stipulated and agreed that time should be excluded under the Speedy Trial Act, 18

25  U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because defense counsel has

26  hired an expert to review the BOP Forensic Evaluation report and assess Defendant.

27  //

28  //

DATED: July 7, 2017                                    Respectfully submitted,

|                                              |                                                      |
| -------------------------------------------- | ---------------------------------------------------- |
| BRIAN J. STRETCH<br>United States Attorney<br><br>      _/s/ **Christina McCall**_<br>CHRISTINA McCALL<br>Assistant U. S. Attorney | _/s/ **Angela M. Hansen**_<br>ANGELA M. HANSEN<br>Attorney for Melvin<br>Alexander Cruz-Mendoza |

## ORDER

Upon the stipulation of the parties and for good cause shown, it is hereby ordered time be excluded between June 23, 2017 and August 11, 2017 from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because defense counsel has hired an expert to review the BOP Forensic Evaluation report and assess Defendant.

IT SO ORDERED.

DATED: July 7, 2017

_____
The Hon. Jon S. Tigar
United States District Court Judge