1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney

5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  No. CR 16-00410 JST
                                        )
14              Plaintiff,              )
                                        )  STIPULATION AND [PROPOSED] ORDER TO
15       v.                             )  EXCLUDE TIME UNDER THE SPEEDY TRIAL
                                        )  ACT
16  MELVIN ALEXANDER CRUZ-MENDOZA,      )
                                        )
17              Defendant.              )
                                        )

18

19       On September 22, 2017, the parties appeared in District Court for a status conference regarding

20  the competency proceedings for Defendant, Melvin Alexander Cruz-Mendoza. The Court and the

21  parties have received the Forensic Evaluation report from the Bureau of Prisons' (BOP) Metropolitan

22  Detention Center, Los Angeles. Defense counsel requested additional time to have a retained

23  psychologist review the Forensic Evaluation report prepared by BOP, and conduct an independent

24  evaluation. The psychologist has begun his evaluation, but needs additional time to complete the

25  process and render a complete opinion, which could provide information pertinent to any sentencing

26  hearing that may take place. The Court set the next hearing date on November 3, 2017, for a likely

27  change of plea. The parties stipulated and agreed that time should be excluded under the Speedy Trial

28  Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because the defense

STIP. REQUEST TO EXCLUDE TIME

psychologist is still assessing Mr. Cruz-Mendoza, and the information in the evaluation and assessment may be used as mitigation information in any sentencing hearing that takes place.

DATED: September 25, 2017              Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

  */s/ Christina McCall*              */s/ Angela M. Hansen*
CHRISTINA McCALL                ANGELA M. HANSEN
Assistant U. S. Attorney         Attorney for Melvin
                                 Alexander Cruz-Mendoza

**ORDER**

Upon the stipulation of the parties and for good cause shown, it is hereby ordered time be excluded between September 22, 2017 and November 3, 2017 from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because defense counsel has hired an expert to assess Defendant, and potentially provide information that may impact any sentencing hearing.

IT SO ORDERED.

DATED: September 25, 2017

The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME