1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-00410 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MELVIN ALEXANDER CRUZ-MENDOZA, | |
| Defendant. | |

On November 3, 2017, the parties appeared in District Court for a change-of-plea hearing for Defendant, Melvin Alexander Cruz-Mendoza. Defense counsel had a sudden family emergency and was not able to attend the hearing, but arranged for a colleague to appear with Mr. Cruz-Mendoza. The Court reset the change-of-plea hearing for December 8, 2017, since the prosecutor has a conflicting court appearance on the other available court date: November 17, 2017. The parties agreed that time should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity

//
//
//

STIP. REQUEST TO EXCLUDE TIME

of counsel. The Court agreed that exclusion of time was in the interests of justice.

DATED: November 6, 2017                          Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

   */s/ Christina McCall*            */s/ Angela M. Hansen*
CHRISTINA McCALL           ANGELA M. HANSEN
Assistant U. S. Attorney         Attorney for Melvin
                                    Alexander Cruz-Mendoza

**ORDER**

Upon the stipulation of the parties and for good cause shown, it is hereby ordered time be excluded between November 3, 2017 and December 8, 2017 from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel.

IT SO ORDERED.

DATED: November 6, 2017

_____
The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO EXCLUDE TIME